Present—Tilghman, Chief Justice, and Basset and Griffiths, Circuit Judges.[1]

---

### Hurst's Lessee *v.* Jones.

#### *Costs of former suit.*

A defendant cannot be compelled to proceed to trial, until payment of the costs of a former action, between the same parties, for the same cause, which had been *non-prossed.*

A former ejectment, between the same parties, for the same land, had been *non-prossed;* but the costs of suit remained unpaid.

The defendant's counsel objected to the trial of the present ejectment, until the costs of the former were paid.

By the Court.—The objection is reasonable and just. The defendant cannot, under such circumstances, be compelled to proceed to a trial.

The cause continued.

*Rawle,* for the plaintiff. *E. Tilghman,* for the defendant.